UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. FALDON et al.,<br><br>　　　　Defendants. | No. 1:16-cv-00955-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(Doc. Nos. 6, 7, 8) |

Plaintiff Danny Cohea is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing his complaint on July 5, 2016. (Doc. No. 1.) On July 25, 2016, and August 3, 2016, plaintiff filed applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. Nos. 6, 7.) The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 16, 2016, the assigned magistrate judge entered findings and recommendations, recommending that plaintiff's applications to proceed *in forma pauperis* be denied because he has suffered three strike pursuant to 28 U.S.C. § 1915(g) and does not qualify to proceed *in forma pauperis* under the imminent danger exception. (Doc. No. 8.) On October

14, 2016, plaintiff filed objections, of 48 pages in length, to the findings and recommendations. (Doc. No. 9.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The September 16, 2016 findings and recommendations (Doc. No. 8) are adopted in full;
2. Plaintiff's applications to proceed *in forma pauperis* (Doc. Nos. 6, 7) are denied;
3. Plaintiff is required to pay the $400.00 filing fee in full for this action, within thirty days of the date of service of this order;
4. Failure to comply with this order shall result in the dismissal of this action; and
5. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **November 23, 2016**                    *Dale A. Drozd*
                                                  UNITED STATES DISTRICT JUDGE