UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FALDON et al.,<br><br>　　　　　Defendants. | No. 1:16-cv-00955-DAD-EPG<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE<br><br>(Doc. No. 10) |

Plaintiff Danny Cohea is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 16, 2016, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that plaintiff's applications to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $400 filing fee in full to proceed with this action. (Doc. No. 8.) On November 23, 2016, the court entered an order adopting the findings and recommendations in full. (Doc. No. 10.) The order denied plaintiff's motions to proceed *in forma pauperis*, and gave plaintiff thirty days to pay the required $400 filing fee. (*Id.*) The order further specifically warned plaintiff that "[f]ailure to comply with this order shall result in the

/////

1

1 | dismissal of this action." (*Id.*).  The thirty day period has expired, and plaintiff has failed to pay
2 | the $400 filing fee.
3 |     Accordingly, this action is hereby dismissed and the Clerk of the Court is directed to close
4 | this case.
5 | IT IS SO ORDERED.
6 |     Dated: **February 23, 2017**
7 |                                                 UNITED STATES DISTRICT JUDGE